FILED

2003 OCT 27 P 3: 25

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT SALATTO,                    :        CASE NO.  3:00CV378 (SRU)
        Plaintiff              :
VS.                                :
                               :
LEO BOMBALICKI,                    :
        Defendant              :        OCTOBER 27, 2003


## MOTION FOR EXTENSION OF TIME

The Plaintiff, ROBERT SALATTO, in the above matter respectfully requests this Court to extend the Plaintiff's Final Pre-Trial Order to October 31, 2003 due to being unsuccessful in receiving communication from the other side.


THE PLAINTIFF

By_____
    Michael P. Farrell
    201 Center Street
    West Haven, CT  06516
    Federal Bar No. 00169
    Tel. No. (203) 934-8638

## **ORDER**

     The foregoing motion having been heard, it is hereby Ordered: **GRANTED/DENIED**.

                                 BY THE COURT

                                _____

                                Judge/Clerk

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date, by

U.S. Mail, postage prepaid, on October 27, 2003 to:

Rene Gerard Martineau
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT  06492

District Court
Attention:  Clerk
915 LaFayette Blvd.
Bridgeport, CT  06604

_____
Michael P. Farrell
201 Center Street
West Haven, CT 06516
Federal Bar No. 00169
Tel. No. (203) 934 8638