#45

FILED

2003 OCT 27 P 3: 25

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT SALATTO, | : | CASE NO. 3:00CV378 (SRU) |
|     Plaintiff | : | |
| VS. | : | |
| | : | |
| LEO BOMBALICKI, | : | |
|     Defendant | : | OCTOBER 27, 2003 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, ROBERT SALATTO, in the above matter respectfully requests this Court to extend the Plaintiff's Final Pre-Trial Order to October 31, 2003 due to being unsuccessful in receiving communication from the other side.

THE PLAINTIFF

By_____
Michael P. Farrell
201 Center Street
West Haven, CT 06516
Federal Bar No. 00169
Tel. No. (203) 934-8638

MOTION GRANTED.
SO ORDERED
Stefan R. Underhill, U.S.D.J.