00Cv378 min

HONORABLE **S.R. Underhill**
Cf. cvysel (January 18, 2002)
DEPUTY CLERK **B. Sbalbi**   RPTR/ERO/TAPE **S. Catucci**

TOTAL TIME: ___ hours ___ minutes

DATE **11/5/03**   START TIME **10:12**   END TIME **10:20**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Salatto**

vs.

**Bombalicki**

CIVIL NO. **3:00CV378 (SRU)**

**Michael Farrell**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Rene Martineau**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

Motion _____   ☐ granted ☐ denied ☐ advisement
Motion _____   ☐ granted ☐ denied ☐ advisement
Motion _____   ☐ granted ☐ denied ☐ advisement
Motion _____   ☐ granted ☐ denied ☐ advisement

_____   ☐ filed ☐ docketed
_____   ☐ filed ☐ docketed
_____   ☐ filed ☐ docketed
_____   ☐ filed ☐ docketed

____ # jurors present

Voir Dire oath administered by Clerk ☐ previously administered by Clerk

Voir Dire by Court

Peremptory challenges exercised (See attached)

Jury of ____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

Remaining jurors excused

Discovery deadline set for _____

Disposition Motions due _____

Joint trial memorandum due _____

☑ Trial continued until **2/9/03** at **9 am**

☑ Jury Selection set for **1/8/04** @ **9 am**   ☐ COPY TO: JURY CLERK