# United States District Court
## District of Connecticut

Salatto
*Plaintiff*
v.

Bombalicki
*Defendant*

Case No. 3:00cv378

**FILED**
2003 NOV 10  P 5: 21
US DISTRICT COURT
BRIDGEPORT CT

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to <u>Magistrate Judge William I. Garfinkel</u> for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)\_\_\_A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_ Other: (orefmisc./misc)


SO ORDERED this _10th_ day of _November_, _2003_ at Bridgeport, Connecticut.

_____
Stefan R. Underhill
United States District Judge