```
                                            FILED

                                        2003 NOV 20  P 2: 05

              UNITED STATES DISTRICT COURT  US DISTRICT COURT
                  DISTRICT OF CONNECTICUT    BRIDGEPORT CT
```

ROBERT SALATTO              :
    PLAINTIFF               :
                            :     CASE NO.: 3:00CV378(SRU)
                            :
VS.                         :
                            :
LEO BOMBALICKI              :
    DEFENDANT               :     NOVEMBER 18, 2003

### MOTION FOR STATUS CONFERENCE AND/OR CONTINUANCE
### OF JURY TRIAL

Pursuant to the Honorable Court's inherent authority to control his docket; the undersigned moves the Honorable Stefan R. Underhill U.S.D.J. to schedule this matter for a status conference to allow the undersigned an opportunity to request the Court reschedule the trial in this matter and/or to reschedule the trial for one of the proposed dates referenced below.

The undersigned appeared on behalf of his client at the Court's Trial Calendar call held on November 5, 2003. At said time through inadvertence and mistake, the undersigned counsel

failed to recall and remember that his client had a prepaid scheduled vacation out of the country from February 11, 2004 through March 1, 2004.

This matter will be a very short trial but will probably span longer than two (2) days and possibly into three (3) days not counting jury instructions and deliberations. Further, as weather and other scheduling conflicts may delay the proceedings the undersigned hereby moves this Honorable Court to allow the parties to move the jury trial date. This case will involve primarily a determination by the fact finder of the credibility of the plaintiff and the defendant. The undersigned attorney will have fatally harmed his client's cause if his client is not allowed to participate fully in the proceedings. Further, the undersigned's client should not have to suffer serious financial and/or personal hardship due to the undersigned's mistake.

The undersigned counsel fully recognizes that his inadvertence has caused the Court and opposing counsel scheduling conflicts and problems that should not have incurred

but for the undersigned's inadvertence and error. The undersigned respectfully submits that it would be more equitable to sanction the undersigned counsel rather than punish the client.

The undersigned would be amendable to moving the trial up to a week in December 2003, the weeks of January 5 through January 9, 2004; January 19 through January 23, 2004; and January 26 through January 30, 2004, the weeks of May 10, 2004, May 31, 2004 through June 14, 2004, July 5, 2004 through July 17, 2004; August 2, 2004 through August 30, 2004 or anytime after October 1, 2004, if any of those dates are convenient for the Court. These dates have been provided to the plaintiff's counsel and they do not present a conflict with either the plaintiff or the plaintiff's attorney.

The undersigned represents that he has acquiesced in all continuance requests by the plaintiff in this matter. This case has been pending in this Court since February 29, 2000. The plaintiff has requested numerous continuances in order to retain new counsel and to provide discovery responses. Such

requests have not been opposed by the undersigned, as it is a firm belief that such should have been allowed so as to allow a fair hearing on the merits of this case. This is the undersigned's counsel's first request for a continuance of any matter in this case. The undersigned on behalf of his client would have no objection to a referral to a Magistrate Judge so as not to unduly interfere with this Court's docket.

Plaintiff's counsel has been consulted relative to this request for a continuance of the jury trial in this matter and has expressed no objection to such request or the dates proposed.

WHEREFORE, all of the aforesaid reasons the undersigned moves this Honorable Court to either order a status conference and/or moves the trial to one of the requested dates referenced above.

RESPECTFULLY SUBMITTED ON BEHALF OF
THE DEFENDANT,
LEO BOMBALICKI

BY _____
RENE GERARD MARTINEAU
DEL SOLE & DEL SOLE, L.L.P.
46 SOUTH WHITTLESEY AVENUE
WALLINGFORD, CT 06492
(203) 284-8000
FEDERAL BAR NO. ct07680

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

Michael P. Farrell
201 Center Street
West Haven, CT 06516

Courtesy Copy to:
Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
René Gerard Martineau