FILED

2003 NOV 20  P 2: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

ROBERT SALATTO          :
        PLAINTIFF          :
                           :    CASE NO.: 3:00CV378(SRU)
                           :
VS.                        :
                           :
LEO BOMBALICKI             :
        DEFENDANT          :    NOVEMBER 18, 2003

## MOTION FOR STATUS CONFERENCE AND/OR CONTINUANCE
## OF JURY TRIAL

Pursuant to the Honorable Court's inherent authority to control his docket; the undersigned moves the Honorable Stefan R. Underhill U.S.D.J. to schedule this matter for a status conference to allow the undersigned an opportunity to request the Court reschedule the trial in this matter and/or to reschedule the trial for one of the proposed dates referenced below.

The undersigned appeared on behalf of his client at the Court's Trial Calendar call held on November 5, 2003.  At said time through inadvertence and mistake, the undersigned counsel

DEL SOLE & DEL SOLE, LLP • ATTORNEYS AT LAW
46 SOUTH WHITTLESEY AVENUE • WALLINGFORD, CT 06492-4102 • JURIS NO. 101674 • (203) 785-8500

Jury selection is hereby rescheduled for
Motion for continuance DENIED as moot.  Jury selection is hereby rescheduled for
Motion for continuance is GRANTED; motion for status conference DENIED as moot.
May 13, 2004 at 9:00 AM, trial to begin on June 7, 2004 at 9:00 AM.  So ordered.

Stefan R. Underhill
United States District Judge
12/01/03