FILED

2003 DEC 18  P 12: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT SALATTO<br>    PLAINTIFF | :<br>:<br>:   CASE NO.: 3:00CV378(SRU)<br>: |
| VS. | :<br>: |
| LEO BOMBALICKI<br>    DEFENDANT | :<br>:   DECEMBER 17, 2003 |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR STATUS CONFERENCE AND/OR CONTINUANCE OF JURY TRIAL DATED NOVEMBER 18, 2003

Pursuant to the Honorable Court's inherent authority to control his docket; the undersigned moves the Honorable Stefan R. Underhill U.S.D.J. to schedule this matter for a status conference to allow the undersigned an opportunity to request the Court reschedule the trial in this matter and/or to reschedule the trial for one of the proposed dates referenced below.

The undersigned appeared on behalf of his client at the Court's Trial Calendar call held on November 5, 2003. As said time through inadvertence and mistake, the undersigned counsel

was not aware that his client would be on a prepaid preplanned vacation out of the country commencing on Wednesday, February 11, 2004 through March 1, 2004. The trial date that was scheduled, is scheduled to commence on Monday, February 9, 2004 leaving insufficient time for conclusion especially in light of potential weather problems.

Along with the reasons raised in the original motion dated November 18, 2003; the undersigned submits the following additional representations.

Firstly, the Honorable Janet C. Hall, U.S.D.J. has ordered the undersigned to commence a jury trial in this Court during the first two weeks of June 2004 in the case entitled Costin v. Bhandari, et al, bearing Civil No. 3:00CV02777(JCH) and accordingly the undersigned would respectfully request if this Honorable Court is inclined to grant the undersigned's motion for continuance of the trial. The Honorable Court is requested not to schedule such during one of the prior proposed dates requested in the original motion (May 31, 2004 through June 14, 2004). The remaining dates submitted are still requested as

alternative dates for the present trial assignment of February 9, 2004.

Secondly, this Honorable Court has with the consent of the parties referred this matter to the Honorable Magistrate Judge William I. Garfinkel for the conducting of a settlement conference. A brief continuance of the trial to a later proposed date would provide both the Court and the parties more time to scheduled and participate in such a settlement conference which has not yet been scheduled; if the present jury selection date of January 8, 2004 and more importantly the trial commencing on February 9, 2004 were moved. This is especially important as the undersigned does not wish to prepare any motions in limine and other trial motions unless necessary and after all settlement negotiations are exhausted.

The plaintiff's counsel has been consulted and has no objection for the continuance of this trial in this matter presently scheduled for Monday, February 9, 2004 to one of the later proposed dates.

WHEREFORE, all of the aforesaid reasons and those raised in the original motion the undersigned requests the present trial date be rescheduled.

        RESPECTFULLY SUBMITTED ON BEHALF OF
        THE DEFENDANT,
        LEO BOMBALICKI

        BY _____
        RENE GERARD MARTINEAU
        DEL SOLE & DEL SOLE, L.L.P.
        46 SOUTH WHITTLESEY AVENUE
        WALLINGFORD, CT 06492
        (203) 284-8000
        FEDERAL BAR NO. ct07680

CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

Michael P. Farrell
201 Center Street
West Haven, CT 06516

Courtesy Copy to:
Stefan R. Underhill
United States District Court Judge
c/o United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Rene Gerard Martineau