UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

December 23, 2003

10:00 a.m.

STATUS CONFERENCE HELD

DATE: 12/23/03

CASE NO. **3:00cv378**   **Salatto v Bombalicki**

David B. Bachman
Law Offices of David B. Bachman
40 Prospect Street
New Haven, CT 06515-1607

Rene Gerard Martineau
Stephen P. Del Sole
Del Sole & Del Sole
46 S. Whittlesey Ave., PO Box 310
Wallingford, CT 06492-0310

Michael P. Farrell
201 Center St.
West Haven, CT 06516

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK