UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 23 P 3: 30

ROBERT SALATTO,
    Plaintiff,

v.                           No. 3:00 CV 378 (SRU)

LEO BOMBALICKI,
    Defendant.

## SCHEDULING ORDER

Jury selection is rescheduled for **June 10, 2004 at 9:00 a.m.** Trial shall commence on **June 28, 2004** at 9:00 a.m.

So ordered.

Dated at Bridgeport, Connecticut this 23rd day of December 2003.

Stefan R. Underhill
United States District Judge