UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
U.S. District Court
141 Church Street
New Haven

March 11, 2004

Held

2:00 p.m.

CASE NO. **3:00cv378 (SRU)**   **Salatto v Bombalicki**

Stephen P. Del Sole
Del Sole & Del Sole
46 S. Whittlesey Ave., PO Box 310
Wallingford, CT 06492-0310


Michael P. Farrell
201 Center St.
West Haven, CT 06516


Rene Gerard Martineau
Del Sole & Del Sole
46 S. Whittlesey Ave., PO Box 310
Wallingford, CT 06492-0310


Robert Salatto
1204 Main Street
PMB Box 262
Branford, CT 06405


* PLEASE NOTE: THE CONFERENCE WILL BE HELD AT THE DISTRICT
COURTHOUSE IN NEW HAVEN @ 2:00 P.M.   JUDGE GARFINKEL's SECRETARY
WILL CALL ATTORNEYS WITH A ROOM NUMBER.

   THANKS.

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK