UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Salatto

V.

Bombalicki

Case Number: 3:00cv378 (SRU)

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>March 11, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 10, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 24, 2004.

KEVIN F. ROWE, CLERK

By: *Alice Montz*
Alice Montz
Deputy Clerk