FILED

2004 JUL -8 P 4: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| ROBERT SALATTO, <br> PLAINTIFF | |
| | CASE NO: 3:00CV378 (SRU) |
| VS. | |
| LEO BOMBALICKI <br> DEFENDANT | JULY 2, 2004 |

## MOTION FOR COURT TO ENFORCE SETTLEMENT

The Plaintiff, Robert Salotto, hereby motions for the court to enforce the settlement made between the Defendant and the Plaintiff on March 11, 2004, in the amount of $3,000.00. The Defendant has not paid this settlement and the proper release has been immediately signed. The Plaintiff asks for the enforcement of the settlement as well as interest of 12% from the date of settlement and for the Defendant to pay $500.00 legal fees to enforce this settlement.

THE PLAINTIFF

By _____
Michael P. Farrell, Esquire
201 Center Street
West Haven, CT 06516
(203) 934-863
Fed. Bar No. 00169

## ORDER

The foregoing motion having been heard, is hereby ORDERED:

**GRANTED/DENIED.**

THE COURT

By_____
Judge/Clerk

## CERTIFICATION

This is to certify that a true copy of the foregoing Motion was mailed via first class mail, postage prepaid, to:

Rene Gerard Martineau
Del Sole & Del Sole, LLP
46 South Whittlsey Avenue
Wallingford, CT 06492

_____
Michael P. Farrell