FILED

2004 JUL -8 P 12: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT SALATTO
     PLAINTIFF            :

:    CASE NO.: 3:00CV378(SRU)

VS.                 :

LEO BOMBALICKI
     DEFENDANT        :    JULY 6, 2004

## OBJECTION TO MOTION FOR COURT TO ENFORCE
## SETTLEMENT AND IMPOSE COSTS

The undersigned objects to the plaintiff's motion dated July 2, 2004. The settlement check has been forwarded to counsel thereby rendering this motion moot.

Initially, it is submitted that all settlement documents were not received until approximately April 13, 2004 and not March 11, 2004 as suggested by the motion. While it is conceded that considerable time transpired between the receipt of the settlement documents and the forwarding the settlement check there are legitimate reasons for such. Firstly, the plaintiff was aware that settlement procedures are more time consuming

DEL SOLE & DEL SOLE, LLP • ATTORNEYS AT LAW
46 SOUTH WHITTLESEY AVENUE • WALLINGFORD, CT 06492-4102 • JURIS NO. 101674 • (203) 788-8500

when dealing with a municipal government defendant such as the undersigned. At no time was there a time limit imposed for the issuance of the settlement check. All good faith efforts were undertaken by the municipal defendant to ensure that the settlement proceeds were forwarded as soon as practical.

In addition, it took even longer than is customary due to the large number of attorneys that have represented this plaintiff in this matter. Verification had to be obtained to ensure that the former attorneys did not have to be on the settlement check. In addition some confusion did occur resulting in an initial settlement check being issued to an attorney that had been discharged previously requiring the reinstatement of a new settlement check.

WHEREFORE all of the aforesaid reasons the motion to compel and the imposition of sanctions should be denied.

RESPECTFULLY SUBMITTED ON BEHALF OF THE DEFENDANT,
LEO BOMBALICKI

BY _____
RENE GERARD MARTINEAU
DEL SOLE & DEL SOLE, L.L.P.
46 SOUTH WHITTLESEY AVENUE
WALLINGFORD, CT 06492
(203) 284-8000
FEDERAL BAR NO. ct07680

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

Michael P. Farrell
201 Center Street
West Haven, CT 06516

_____
Rene Gerard Martineau